IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| YOUSEFF MALEEK FLOUNOY, DERRICK ALONZO BOYD, CHARLES BLAKE RIDDICK, and JOHN CLEVELAND,<br><br>Plaintiffs,<br><br>v.<br><br>ENZO'S PIZZA, LLC and THOMAS T. TILLOTSON,<br><br>Defendants. | CIVIL NO. 1:12-cv-577-RLV |

**NOTICE OF DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs file this, their notice of dismissal of this case, Civ. No. 1:12-cv-577-RLV. Plaintiffs note that Defendants have not served an answer or a motion for summary judgment in this action.

Dated: July 16, 2012

                                              Respectfully submitted,

                                              s/G. Blake Andrews
                                              Gary Blaylock "Blake" Andrews, Jr.
                                              Georgia Bar No. 019375
                                              Andrews & Stembridge, LLC
                                              1904 Monroe Drive, Suite 130

|  |  |
|---|---|
|  | Atlanta, GA 30324<br>Telephone: 770-828-6225<br>Facsimile: 866-828-6882<br>blake@blakeandrewslaw.com |
|  |  |
|  | s/Jeff Kerr |
| MAYS & KERR LLC | Jeff Kerr |
| 229 Peachtree Street | Ga. Bar No. 634260 |
| International Tower \| Suite 980 | jeff@maysandkerr.com |
| Atlanta, GA 30303 |  |
| Telephone:  (404) 410-7998 | s/John Mays |
| Facsimile:   (877) 813-1845 | John L. Mays |
| Attorneys for Plaintiff | Ga. Bar No. 986574 |
|  | john@maysandkerr.com |